■ BOUTIQUE INDUSTRIES, INC., Petitioner, v NEW YORK STATE DIVISION OF HUMAN RIGHTS, Respondent. [643 NYS2d 986]

Substantial evidence supports the finding of discrimination. However, the award of compensatory damages is excessive to the extent indicated. Concur—Rosenberger, J. P., Wallach, Kupferman, Williams and Mazzarelli, JJ.